UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **DOUGLAS ALAN BEAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:16-cv-00174-JDL |
| | ) | |
| **CAROLYN W. COLVIN,** *Acting* | ) | |
| *Commissioner of Social Security,* | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 14) with the court on November 14, 2016, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The time within which to file objections expired on December 1, 2016, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal. ECF No. 14 at 6-7.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Acting Commissioner's Motion to Dismiss Due to Untimely Filing of the Complaint (ECF No. 8) is **GRANTED.**

**SO ORDERED.**

**Dated this 16th day of December 2016.**

/s/Jon D.Levy
**U.S. DISTRICT JUDGE**